Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
2019 MAR -7 PM 2:42

# UNITED STATES DISTRICT COURT
for the
**Middle** District of **Florida**
**Orlando** Division

Tellam, Leza S.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Russell, Tiffany Moore, Clerk of Court
Aiken, Faye L + Weiss, Kevin,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Ninth Circuit, in and for Orange County, Florida

Case No. 6:19-CV-441-ORL-37 TBS
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Leza S. Tellam
   Street Address: 25 Stymie Place
   City and County: Winter Park, Orange
   State and Zip Code: Florida 32789
   Telephone Number: 407 288 2414
   E-mail Address: lezatellam@me.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Tiffany Moore Russell
- Job or Title (if known): Clerk of Court
- Street Address: 425 N. Orange Avenue, 21st Flr
- City and County: Orlando, Orange
- State and Zip Code: Florida, 32801
- Telephone Number: c/o 407 836-2057
- E-mail Address (if known): lillian.stout@myorangeclerk.com

Defendant No. 2
- Name: Faye L. Allen
- Job or Title (if known): Small Claims Court - Judge
- Street Address: 425 N. Orange Avenue
- City and County: Orlando, Orange
- State and Zip Code: Florida, 32801
- Telephone Number: c/o 407 836-2257
- E-mail Address (if known): c/o 72orange@ninthcircuit.org

Defendant No. 3
- Name: Kevin Weiss
- Job or Title (if known): Civil Court - Judge
- Street Address: 425 N. Orange Avenue
- City and County: Orlando, Orange
- State and Zip Code: Florida, 32801
- Telephone Number: c/o 407 836-2354
- E-mail Address (if known): c/o ctjajg1@ocnjcc.org

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution - 1st, 14th, 9th, Fair Debt Collection Practices Act, UN Law on Human Rights, including Sustainable Development Goals

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Vera S. Tellam, is a citizen of the State of *(name)* Florida

    *FYI - unlimited by state*

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Orange County, Florida
Ms. Tellam is a fee simple owner of residential real property valued at under US $500,000.00

B.    What date and approximate time did the events giving rise to your claim(s) occur?

- beginning 2009 + extending thru and including todays date for Clerk
- beginning 2016 for J. Weiss
- beginning 2017 for J. Aiken

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Wrongful enforcement and intrusion of local government, imposition of grossly excessive fines (including labor) and other tangible injuries for entertaining constitutional violations, federal statutory violations + other wrongdoing.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This case involves residential real property consisting of long term investment and currently homesteaded as housing (consistent with original purchase + financing). Adverse impacts of governmental intrusion + violation of constitutional + other rights are predictable, avoidable + limitable, consistent with public good.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injunction against final or binding judgments, particularly for sale by government. Cessation of advertising, promotion + other activity by government against Ms Tellam + her residential real property valued under US $500,000.

Damages of US $1,000,000,000.00 for Ms Tellam and others similarly situated. @

① Minimum persons impacted — 200,000 citizens or other legal property owners with residential real property valued under $500,000.00.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing 

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 7, 2019

Signature of Plaintiff: _[signature]_
Printed Name of Plaintiff: Lisa S. Tellam

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: ____
Printed Name of Attorney: ____
Bar Number: ____
Name of Law Firm: ____
Street Address: ____
State and Zip Code: ____
Telephone Number: ____
E-mail Address: ____

*[Handwritten note at bottom:]* ⓐ Count I includes Damages. Plaintiff reserves right to amend or correct. Nothing herein is a waiver. This is a good faith communication to mitigate damages.